DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLAIRE RICE KUCHERA,**
Appellant,

v.

**JAY KUCHERA,**
Appellee.

No. 4D2023-2198

[January 29, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina Keever-Agrama, Judge; L.T. Case No. 502003DR010962XXXNB.

Robert J. Hauser of Sniffen & Spellman, P.A., West Palm Beach, for appellant.

Kathryn M. Beamer of Kathryn M. Beamer, P.A., and Deanna V. Shuler of Deanna V. Shuler, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed. See Canakaris v. Canakaris*, 382 So. 2d 1197 (Fla. 1980).

WARNER, GROSS and LEVINE, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***